UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP A WILLIAMS,

    Plaintiff,

v.                                  Case No.  4:21-cv-510-MW/MJF

JOHN HANCOCK and DEPARTMENT OF
JUSTICE,

    Defendants.
                                     /

## REPORT AND RECOMMENDATION

This civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On January 3, 2022, the undersigned directed Plaintiff to file an amended complaint and submit the filing fee or move for leave to proceed *in forma pauperis*. Doc. 3. The undersigned provided Plaintiff until February 3, 2022, to comply with that order. *Id.* The undersigned also warned Plaintiff that failure to comply with that order likely would result in dismissal of this case. *Id.* Plaintiff has not complied with that order and has not responded to the show-cause order issued by the undersigned on February 17, 2022. Doc. 4.

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.	This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court, failure to prosecute, and failure to pay the filing fee.[2]

2.	The clerk of court be directed to close this case file.

At Pensacola, Florida, this 29th of March, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a case for failing to pay the initial partial filing fee after issuing an order to show cause); N.D. Fla. Loc. R. 41.1.