IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP A. WILLIAMS,

   *Plaintiff*,

v.                                           Case No.: 4:21cv510-MW/MJF

JOHN HANCOCK and DEPARTMENT
OF JUSTICE,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for Plaintiff's failure to comply with orders of this Court, failure to prosecute, and failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED** on April 25, 2022.

                                                *s/Mark E. Walker*          
                                                **Chief United States District Judge**